IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JASMIN LONG,**

    *Plaintiff*,

v.                                         Case No.: 1:23cv292-MW/MJF

**SOFIA PRODUCE d/b/a
TRUFRESH, et al.,**

    *Defendants*.

_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Notice of Voluntary Dismissal dismissing this action without prejudice. ECF No. 5. Inasmuch as the defendants have not filed an answer or motion for summary judgment, the Notice of Voluntary Dismissal is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk shall close the file.

**SO ORDERED on January 24, 2024.**

                                                    s/Mark E. Walker                
                                                    **Chief United States District Judge**